IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES ANDRA ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-CV-0693-RRA |
| ) | |
| OFFICER O'ROURKE, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on January 12, 2006, recommending that plaintiff's claims of threats, harassment, a false disciplinary charge, irregularities in the disciplinary procedure, conspiracy, and retaliation against Warden Martha Jordon, Officer O'Rourke, Officer H. Williams, Superintendent of Facilities Joey Blackerby, Superintendent of Industries John Doe, Lt. Reynolds, Lt. Mitchell, Officer Paul, Capt. Cole, Assistant Warden Gerbet, and Ms. Mitchell be dismissed. The plaintiff filed objections to the report and recommendation on February 24, 2006.

Plaintiff objects specifically to the magistrate judge's recommendation that his claim of retaliation against Officer Williams be dismissed. In support of his objections, the plaintiff provides a chronology of events surrounding his claim that Officer Williams filed a disciplinary against him in retaliation for the plaintiff filing a grievance against another officer. Plaintiff's allegations are sufficiently specific to require a response from the defendant.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and plaintiff's objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED, except for the plaintiff's complaint that Officer H. Williams retaliated against him for filing a disciplinary against another officer, by filing a false disciplinary against plaintiff. All other claims are due to be dismissed pursuant to 28 U.S.C. § 1915A(b). The retaliation claim against Officer H. Williams is due to be returned to the magistrate judge for further proceedings. An appropriate order will be entered.

DATED this 30th day of March, 2006.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**